JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WHITE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> L AND R AUTO PARKS, INC., a California corporation d/b/a Wally Park and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO.: 2:12-cv-08767-MM(PJWx) <br><br> **ORDER OF DISMISSAL** |

1     Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal
2 Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.
3 The class claims are dismissed WITHOUT PREJUDICE.  Each side to bear its own
4 costs and fees.

5 DATED:  December 27, 2012

*Margaret M. Morrow*

7                                         _____
                                        HON. MARGARET M. MORROW
8                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
PROOF OF SERVICE